UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William J. Martini |
| v. | | 12-406 |
| KAREN R. FEBLES | : | FIRST ORDER EXTENDING TIME TO FILE MOTIONS AND ADJOURNING DATE OF TRIAL |

This matter having come before the Court on the application of Defendant Karen R. Febles (Edward J. McQuat, Esq., appearing), for an order extending the defendant's time to file pre-trial motions and adjourning the trial date, the Government not opposing the Defendant's application, and for good cause shown,

IT IS THE FINDING OF THIS COURT that the proposed extension of time to file pre-trial motions and to adjourn the trial date should be granted for the following reasons:

(1) To permit the Defendant's lead counsel to fully recover from a health condition in time for trial; and
(2) To permit additional time for the parties to coordinate a date to take the Rule 15 deposition of W.S., for use at trial.

IT IS, therefore, on this 21 day of August, 2012,

ORDERED that the Defendant's time to file pre-trial motions is hereby extended from August 17, 2012, to September 17, 2012, and it is further

ORDERED that the start date for the trial in this matter shall be adjourned from October 9, 2012, to November 8/13 2012.

HON. WILLIAM J. MARTINI
United States District Judge